NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 05-338

STATE OF LOUISIANA

VERSUS

JOHN M. BENEDICT

**********

APPEAL FROM THE
THIRTY-FIFTH JUDICIAL DISTRICT COURT
PARISH OF GRANT, NO. 03-121
HONORABLE ALLEN A. KRAKE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

William R. Campbell, Jr.
Louisiana Appellate Project
700 Camp Street
New Orleans, LA 70130
(504) 528-9500
Counsel for Defendant/Appellant:
John M. Benedict

**James P. Lemoine**
**District Attorney**
**35th Judicial District Court**
**P. O. Box 309**
**Colfax, LA 71417**
**(318) 627-2971**
**Counsel for Appellee:**
**State of Louisiana**